IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CURT HIMMELBERGER, | : |
| Plaintiff | : CIVIL ACTION NO. 23-2909 |
| v. | : |
| EASTERN UNIVERSITY | : |
| Defendant | : JURY TRIAL DEMANDED |

DISCLOSURE STATEMENT FORM

Please check one box:

☒ The nongovernmental corporate party, Eastern University, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐ The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

10/2/23
Date

_____
Signature

Counsel for:    Eastern University.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

 (a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
  (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
  (2) states that there is no such corporation.

 (b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
  (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
  (2) promptly file a supplemental statement if any required information changes.

15466072v1