IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CURT HIMMELBERGER,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 23-2909 |
| | : | |
| **EASTERN UNIVERSITY,** | : | |
| Defendant. | : | |

# O R D E R

**AND NOW**, this 5th day of October, 2023, it is hereby **ORDERED** that a Case Management Conference shall be held on **Thursday November 16, 2023 at 11 a.m. in Room 14614 in the James A. Byrne U.S. Courthouse, 601 Market St., Philadelphia, PA 19106. Plaintiff and Defendant, or, in the case of a corporate Party, a representative with full authority to settle the case, and any insurance representative must attend. Lead Counsel for all Parties shall attend and shall be prepared to discuss scheduling and settlement in this matter. Counsel shall file the attached "Joint Status Report Pursuant to Rule 26(f)" <u>no later than</u>** November 14, 2023.

AND IT IS SO ORDERED.

 */s/ Paul S. Diamond*
_____
 Paul S. Diamond, J.

**Joint Status Report Pursuant to Rule 26(f)**

Caption:_____        Civil Action No: _____
Basis of Jurisdiction:_____

Jury Trial:_____ Non-Jury Trial: _____ Arbitration:_____

Plaintiff's counsel participating in the Rule 16 Conference:
Defendants counsel participating in the Rule 16 Conference:
Do counsel have full authority to settle at Rule 16 Conference?

    If not, client with such authority who will attend conference:

When did the parties hold the Rule 26 Conference?
When did the parties comply with the Rule 26(a)'s duty of self-executing disclosure?
Does either side expect to file a case-dispositive motion? _____ (yes/no)

    If yes, under what Rule
    If yes, specify the issue
    Proposed deadline for filing dispositive motions:
    Does either side anticipate the use of experts?

    If yes, what is the proposed deadline for expert discovery?
Approximate date case should be trial-ready:
    Time for Plaintiff's case: _____ Time for Defendant's case:
Is a settlement conference likely to be helpful? _____ If so, when:
    Early_____ (yes/no) After Discovery _____ (yes/no)
Do the parties wish to proceed before a Magistrate Judge for final disposition?

<u>Plan for Discovery:</u>

1. The parties anticipate that discovery should be completed within _____ days.

2. What is the minimum amount of time necessary to complete discovery prior to an ADR session, should one be ordered or agreed to?

3. Have the parties discussed issues relating to claims of privilege or of protection as trial-preparation material, as required by Rule 26(f)(3)(D)?

4. Identify any other discovery issues which should be addressed at the Rule 16 Conference, including limitations on discovery, protective Orders needed, or other elements which should be included in a particularized discovery plan.

5. If you contend the discovery period to exceed 90 days, please state reason:

_____
6. Do the parties anticipate the need to subpoena any third parties? _____

    If yes, to the extent any authorizations or releases are required to be signed, counsel should exchange them in advance of the Rule 16 Conference.