**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CURT HIMMELBERGER,** | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civ. No. 23-2909 |
| | : | |
| **EASTERN UNIVERSITY,** | : | |
| **Defendant.** | : | |

### O R D E R

**AND NOW**, this 15th day of November, 2023, it having been reported that the issues between the Parties in the above action have been settled, and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court and Rule 41 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that the above action is **DISMISSED** with prejudice and without costs, pursuant to agreement of counsel. The Case Management Conference scheduled for November 16, 2023 is cancelled, and the Clerk of Court **SHALL** close this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.